[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10528

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 8, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00325-CV-FTM-33-DNF

LASHARON MATTHEWS,

Plaintiff-Appellant,

versus

TALCON, INC., a Texas corporation authorized to
do business in Florida, AERIAL & UNDERGROUND
TELECOMMUNICATIONS, INC., a Texas
corporation authorized to do business in Florida,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 8, 2006)

Before EDMONDSON, Chief Judge, ANDERSON and FAY, Circuit Judges.

PER CURIAM:

Under the particular circumstances of this case, we cannot conclude that the

attorney's signature on the charge is sufficient; nor can we conclude that this potentially technical deficiency has been cured in this case.

Accordingly, the judgment of the district court is

AFFIRMED.